Wayne W. Call, Bar No. 56676
Todd C. Bouton, Bar No. 234821
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
wcall@calljensen.com
tbouton@calljensen.com

Attorneys for Defendant and Counter-Claimant
First-Citizens Bank & Trust Company

*MADE JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GOLDEN STATE BANK, a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina corporation; and DOES 1-50, collectively,<br><br>　　　　Defendants. | Case No. EDCV 10-526-GW(OPx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD** |
| FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>GOLDEN STATE BANK, a California corporation; and ROES 1-10, inclusive,<br><br>　　　　Counterdefendant. | Complaint Filed:　March 10, 2010<br>Arbitration Award: February 13, 2012 |

1  Pursuant to the Court's Order of April 30, 2012, JUDGMENT is hereby awarded
2  in favor of Defendant and Counterclaimant First-Citizens Bank & Trust Company and
3  against Plaintiff and Counterdefendant Golden State Bank as follows:
4  The arbitration award is hereby confirmed and the terms of such arbitration
5  award are incorporated into this Judgment in full and made a part hereof.

Dated: May 8, 2012

*[signature]*

Honorable George H. Wu
United States District Judge